


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEBBIE LANZA, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

    Case no.: 13-cv-80093

EMJ CORPORATION, a Tennessee
corporation, and UPSCALE EVENTS BY
MOSAIC, LLC, a Florida limited liability
company d/b/a THE MOSAIC GROUP,

    Defendants.

_____/

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher L. Dore of the law firm of Edelson LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, (312) 589-6370, for purposes of appearance as co-counsel on behalf of Plaintiff, Debbie Lanza in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jay Edelson to receive electronic filings in this case, and in support thereof states as follows:

    1.    Christopher L. Dore is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Supreme Court.

    2.    Movant, Stefan Coleman, of the law firm of the Law Offices of Stefan Coleman, PLLC, is a member in good standing of the Florida Bar and the United States District Court for

the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christopher L. Dore has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Christopher L. Dore, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher L. Dore at email address as cdore@edelson.com.

WHEREFORE, Stefan Coleman, moves this Court to enter an Order for Christopher L. Dore, to appear before this Court on behalf of Plaintiff Debbie Lanza, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher L. Dore.

Date: March 19, 2013                                Respectfully submitted,

                                                    /s/ Stefan Coleman
                                                    Stefan Coleman, Esq.
                                                    Florida ID #30188
                                                    Law Offices of Stefan Coleman, LLC
                                                    201 S Biscayne Blvd, 28th Floor
                                                    Miami, Florida 33131
                                                    Telephone: (877) 333-9427
                                                    Fax: (888) 498-8946
                                                    law@stefancoleman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEBBIE LANZA, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

Case no.: 13-cv-80093

EMJ CORPORATION, a Tennessee
corporation, and UPSCALE EVENTS BY
MOSAIC, LLC, a Florida limited liability
company d/b/a THE MOSAIC GROUP,

    Defendants.
_____/

### CERTIFICATION OF CHRISTOPHER L. DORE

Christopher L. Dore, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois State Bar and the Supreme Court of Illinois.

                                                                   Christopher L. Dore

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing was served by electronic mail, on March 19, 2013, on all counsel or parties of record on the service list.

*/s/ Stefan Coleman*
_____

Stefan Coleman

Case No.: 13-cv-80094

## SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEBBIE LANZA, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

                                  Case no.: 13-cv-80093

EMJ CORPORATION, a Tennessee
corporation, and UPSCALE EVENTS BY
MOSAIC, LLC, a Florida limited liability
company d/b/a THE MOSAIC GROUP,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christopher L. Dore, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is herby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Christopher L. Dore, may appear and participate in this action on behalf of Plaintiff, Debbie Lanza. The Clerk shall provide electronic notification of all electronic filings to Christopher L. Dore, at cdore@edelson.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to:
All Counsel of Record