UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-80093-DMM/DLB

DEBBIE LANZA,

    Plaintiff,
v.
EMJ CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION FOR CLASS CERTIFICATION

THIS CAUSE is before the Court upon Plaintiff Debbie Lanza's ("Plaintiff") Motion for Class Certification (DE 7) ("Motion"), filed on March 19, 2013. I have reviewed the Motion and the record on the matter and am otherwise fully advised in the premises.

Plaintiff filed the instant Motion, while requesting that "the Court enter and continue the instant motion until after the completion of discovery on class wide issues."[1] DE 7 at 5. To preserve Defendant's right to timely respond to Plaintiff's Motion, if and when Plaintiff seeks class certification, I find it necessary to deny the instant motion without prejudice. However, Plaintiff may seek to reinstate or re-file a motion for class certification on or before August 12, 2013. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion (DE 7) is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file a motion for class certification or seek to revive the instant Motion, if she takes such action on or before August 12, 2013.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this ___ day of June, 2013.

                                              DONALD M MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

---

[1] Plaintiff specifically claimed that she filed the instant Motion at this juncture to prevent Defendant from "buying off" her class representative. DE 7 at 5n. 1 (citing *Damasco v. Clearwire Corp.*, 662 F.3d 891, 896 (7th Cir. 2011)).