## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-80093-DMM/DLB

DEBBIE LANZA,

     Plaintiff,

v.

EMJ CORPORATION, *et al.*,

     Defendants.

_____/

### ORDER ON MOTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER

THIS CAUSE is before the Court upon Plaintiff Debbie Lanza's ("Plaintiff") Motion and Incorporated Memorandum of Law to Modify Scheduling Order (DE 36) ("Motion"), filed on June 10, 2013. I have reviewed the Motion and the record on the matter and am otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion (DE 36) is **DENIED.**

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this _17_ day of June, 2013.

DONALD M MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record