IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-80093-DMM/DLB

DEBBIE LANZA, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

EMJ CORPORATION, a Tennessee corporation, UPSCALE EVENTS BY MOSAIC, LLC d/b/a THE MOSAIC GROUP, a Florida limited liability company, PALM BEACH MALL HOLDINGS, LLC, a Delaware limited liability company, NEW ENGLAND DEVELOPMENT, INC., a Massachusetts corporation, and EASTERN REAL ESTATE, LLC, a Delaware limited liability company,

        Defendants.

## DEFENDANT NEW ENGLAND DEVELOPMENT, INC. AND EASTERN REAL ESTATE, LLC'S STATEMENT IN LIEU OF SUBMITTAL OF TRIAL WITNESS LIST

Defendants New England Development, Inc. and Eastern Real Estate, LLC ("Defendants"), through their counsel, hereby respectfully file this Statement in compliance with the Court's Pre-Trial Scheduling Order dated April 18, 2013 (Docket No. 15):

As these Defendants have previously advised the Court through various submissions, Defendants do not believe that this Court has personal jurisdiction over them. Defendants are preparing a motion asserting the defense of lack of personal jurisdiction, which they intend to file shortly. Accordingly, Defendants are not designating witnesses at this time so as not to waive their personal jurisdiction defense. In the event this Court denies their motion these Defendants agree to supplement this Statement. In any event, Defendants are unaware at this time of any

witnesses who have not already been designated by the other parties that these Defendants would utilize at any trial of this matter should their personal jurisdiction defense be denied.

Dated:  July 9, 2013

**NEW ENGLAND DEVELOPMENT, INC. AND EASTERN REAL ESTATE, LLC**

**By their attorneys,**

/s/ Brian M. Seymour
Brian M. Seymour (Florida Bar #120308)
Gregor J. Schwinghammer, Jr. (Florida Bar #90158)
GUNSTER
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-650-0621
bseymour@gunster.com
gschwinghammer@gunster.com

Richard M. Zielinski (BBO #540060)
(pro hac vice motion to be filed)
Jonathan E. Small (BBO #672480)
(pro hac vice motion to be filed)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone:  (617) 482-1776
rzielinski@goulstonstorrs.com
jsmall@goulstonstorrs.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was e-filed with the CM/ECF this 9th  day of July 2013 and served on all counsel or parties of record.

/s/ Brian M. Seymour
Brian M. Seymour

2

United States District Court, Southern District of Florida
Debbie Lanza, EMJ Corporation, et al.
Case No. 13-cv-80093-DMM-DLB

## SERVICE LIST

**Stefan Coleman**
E-Mail:  law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, FL  33131
Telephone:  877-333-9427
Facsimile:  8888-498-9846
*Attorney for Plaintiff*

**Ari J. Scharg**
E-Mail:  ascharg@edelson.com
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone:  312-589-6370
*Lead Attorney for Plaintiff*
Pro Hac Vice


**Giselle F. Gafford**
E-Mail:  ggafford@gardere.com
**John W. Slates**
E-Mail:  jslates@gardere.com
Gardere Wynne Sewell, LLP
1601 Elm Street, Suite 300
Dallas, TX 75201
Telephone:  214-999-3000
*Lead Attorneys for EMJ Corporation*
Pro Hac Vice

**Rachel Holladay LeBlanc**
E-Mail:  rleblanc@shutts.com
Shutts & Bowen
200 E. Broward Boulevard, Suite 2100
Fort Lauderdale, FL 33301
Telephone:  954-524-5505
Facsimile:  954-524-5506
*Attorney for EMJ Corporation*

**Brian M. Seymour**
E-Mail:  bseymour@gunster.com
**Gregor J. Schwinghammer**
E-Mail:  gschwinghammer@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-650-0621
Facsimile:  561-655-5677
*Attorneys for Palm Beach Mall Holdings, LLC, New England Development, Inc., and Eastern Real Estate, LLC*

**Jonathan E. Small**
Email: jsmall@goulstonstorrs.com
**Richard M. Zielinski**
Email: rzielinski@goulstonstorrs.com
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Attorney to be Noticed
Pro Hac Vice
*Attorneys for Palm Beach Mall Holdings, LLC, New England Development, Inc., and Eastern Real Estate, LLC*

**Donald J. Thomas**
E-Mail:  don@beltlawyers.com
Bearden Eltringham Lewis & Thomas LLP
445 E. Palmetto Park Road
Boca Raton, FL  33432
Telephone:  561-368-7474
Facsimile:  561-368-0293
*Attorney for Upscale Events by Mosaic, LLC*

WPB_ACTIVE 5549942.1