IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEBBIE LANZA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>UPSCALE EVENTS BY MOSAIC, LLC d/b/a THE MOSAIC GROUP, a Florida limited liability company, and PALM BEACH MALL HOLDINGS, LCC, a Delaware limited liability corporation,<br><br>      Defendants. | Civil Action No.: 13-cv-80093 |

## DEFENDANT PALM BEACH MALL HOLDINGS LLC'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(b)(2), defendant Palm Beach Mall Holdings LLC ("PBMH") respectfully requests a hearing on its Motion for Summary Judgment. Oral argument is appropriate in this case because it involves class action allegations brought under the complicated statutory and regulatory framework of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq. PBMH believes that oral argument would be an aid to the Court in deciding the Motion for Summary Judgment. PBMH suggests that forty (40) minutes (twenty (20) minutes per side) is ample time for oral argument by the parties.

PBMH further respectfully requests that the Court consider its Motion for Summary Judgment prior to ruling on any Motion for Class Certification filed the by the Plaintiff. See Mais v. Gulf Coast Collection Bureau, Inc., 11-61936-CIV, 2013 WL 1899616, *3-4 (S.D. Fla. May 8, 2013) ("Thus, when the defendants tactically decide to move for summary judgment first, the district court does not err by ruling on their motion before deciding class certification."); see also Cowen v. Bank United of Texas, FSB, 70 F.3d 937, 941 (7th Cir. 1995).

-2-

Respectfully submitted,

PALM BEACH MALL HOLDINGS LLC,

By its attorneys,

/s/ Brian M. Seymour
Brian M. Seymour (Florida Bar #120308)
Gregor J. Schwinghammer, Jr. (Florida Bar #90158)
GUNSTER
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
561-650-0621
bseymour@gunster.com

Richard M. Zielinski (BBO #540060)
(admitted *pro hac vice*)
Jonathan E. Small (BBO #672480)
(admitted *pro hac vice*)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
rzielinski@goulstonstorrs.com
jsmall@goulstonstorrs.com

Dated: August 26, 2013

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed with the CM/ECF this 26th day of August 2013, and served on all counsel or parties of record.

                                         /s/ Brian M. Seymour
                                         Brian M. Seymour

United States District Court, Southern District of Florida
Debbie Lanza, v. EMJ Corporation, et al.,
Case No. 13-cv-80093-DMM

**SERVICE LIST**

**Stefan Coleman**
E-Mail: law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 877-333-9427
Facsimile: 888-498-9846
Attorney for Plaintiff

**Ari J. Scharg**
Email: ascharg@edelson.com
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Lead Attorney for Plaintiff
Pro Hac Vice

**Giselle F. Gafford**
Email: ggafford@slatesharwell.com
**John W. Slates**
Email: jslates@slatesharwell.com
Slates Harwell, LLP
1700 Pacific, Suite 3800
Telephone: 469-317-1010
Lead Attorneys' for EMJ Corporation
Pro Hac Vice

**Rachel Holladay LeBlanc**
Email: rleblanc@shutts.com
Shutts & Bowen
200 E. Broward Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Telephone: 954-524-5505
Fax: 954-524-5506
Attorney for EMJ Corporation

**Brian M. Seymour**
Email: bseymour@gunster.com
**Gregor J. Schwinghammer**
Email: gschwinghammer@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: 561-650-0621
Facsimile: 561-655-5677
Attorneys' for Palm Beach Mall Holdings, LLC, New England Development, Inc., and Eastern Real Estate, LLC

**Donald J. Thomas**
Email: don@beltlawyers.com
Bearden Eltringham Lewis & Thomas LLP
445 E. Palmetto Park Road
Boca Raton, Florida 33432
Telephone: 561-368-7474
Fax: 561-368-0293
Attorney for Upscale Events by Mosaic, LLC