UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80093-CIV-MIDDLEBROOKS/BRANNON

DEBBIE LANZA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.

EMJ CORPORATION, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE comes before the Court upon Motion by Plaintiff Debbie Lanza ("Lanza") to Compel Response to Her First Set of Written Discovery Requests to Defendant Upscale Events by Mosaic, LLC d/b/a The Mosaic Group ("Defendant") (DE 54) ("Motion to Compel") filed on July 5, 2013;[1] Second Motion by Lanza to Modify Scheduling Order (DE 69) ("Motion to Modify") filed on August 12, 2013;[2] and Joint Motion by Lanza, Upscale Events and PBMH (collectively, the "Parties") to Extend Time to Respond to Cross Motions for Summary Judgment and Motion for Class Certification (DE 91) ("Motion to Extend") filed on September 4, 2013.[3]

---

[1] On August 23, 2013, the Court ordered Defendant Upscale Events by Mosaic ("Mosaic") to show cause why the Motion to Compel should not be granted by default. (DE 78). On August 29, 2013, Mosaic informed the Court that they had resolved the discovery issue raised in the Motion to Compel. (DE 90).

[2] On August 12, 2013, Defendant Palm Beach Mall Holdings, LLC ("PBMH") filed a Response in Opposition to the Motion to Modify. (DE 72). Lanza filed a Reply on August 21, 2013. (DE 76).

[3] The Parties seek a one-week extension to file their respective responses the following motions that were all filed on August 26, 2013: PBMH's Motion for Summary Judgment (DE 79); PBMH's Request for Oral Argument (DE 82); Lanza's Amended Motion for Class Certification

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. Plaintiff Lanza's Motion to Compel (DE 54) is **DENIED AS MOOT**;

2. Plaintiff Lanza's Motion to Modify (DE 69) is **DENIED**;

3. The Parties' Motion to Extend (DE 91) is **GRANTED**; and

4. The Parties shall have up to and including **September 19, 2013** to file their respective responses to PBMH's Motion for Summary Judgment (DE 79); PBMH's Request for Oral Argument (DE 82); Lanza's Amended Motion for Class Certification (DE 83); Lanza's Motion for Partial Summary Judgment (DE 85); and Lanza's Request for Oral Argument (DE 87).

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this <u>5th</u> day of September, 2013.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

---

(DE 83); Lanza's Motion for Partial Summary Judgment (DE 85); and Lanza's Request for Oral Argument (DE 87).