# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 13-80093-CIV-MIDDLEBROOKS/BRANNON

DEBBIE LANZA, individually and
on behalf of all others similarly situated,

      Plaintiffs,

vs.

EMJ CORPORATION, *et al.*,

      Defendants.

_____/

## ORDER DENYING PARTIES' JOINT MOTION TO EXTEND BRIEFING SCHEDULE

THIS CAUSE comes before the Court upon Joint Motion by the Parties to Extend Briefing Schedule (DE 101) ("Motion") filed on September 25, 2013. I have reviewed the record and am otherwise advised in the premises.

The Parties Replies to their respective pending motions (DE 79, 83, 85) are currently due on September 26, 2013. The Parties seek a seven-day extension to file their Replies because they are engaged in settlement discussions. While I appreciate the Parties' efforts to settle this matter, I must advise the Parties that I disfavor granting extensions, and will not do so absent good cause shown. The Parties have failed to show good cause because settlement discussions do not excuse the Parties from abiding by Court-imposed deadlines. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the Parties' Motion (DE 101) is **DENIED**.

      **DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this 25 day of September, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record