# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEBBIE LANZA, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>UPSCALE EVENTS BY MOSAIC, LLC d/b/a THE MOSAIC GROUP, a Florida limited liability company, and PALM BEACH MALL HOLDINGS, LLC, a Delaware limited liability corporation,<br><br>       Defendants. | Civil Action No.: 13-cv-80093 |

## JOINT MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR STATUS CONFERENCE

Plaintiff Debbie Lanza (the "Plaintiff") and Defendants Upscale Events by Mosaic, LLC ("Mosaic") and Palm Beach Mall Holdings LLC ("PBMH") hereby jointly move for a brief stay of this matter to finalize a settlement or, in the alternative, for a status conference. As grounds for this Motion, the parties state as follows:

1.  In this action, the Plaintiff claims that Mosaic and PBMH sent her and the putative class members text messages in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq.

2.  On July 23, 2013, the parties mediated this matter before Magistrate Judge Dave Lee Brannon. Since that time, the parties have continued to engage in settlement discussions.

3.  On August 26, 2013, the parties each filed Motions for Summary Judgment and Plaintiff filed her Motion for Class Certification. All motions remain pending and oral argument has not yet been scheduled.

4.      In the week prior to filing this Motion, the parties have worked extensively to craft a Memorandum of Understanding ("MOU") that will provide a framework for the settlement of this matter.

5.      The MOU is being finalized as of the time of the filing of this Motion. The MOU provides the parties with thirty (30) days to finalize a Settlement Agreement.

6.      The Order Referring Case and Setting Trial Date provides that the matter would be placed on the court's docket beginning November 4, 2013.

7.      The Pretrial Scheduling Order provides that the parties file the Joint Pretrial Stipulation by Monday, October 7, 2013.

8.      Counsel have diligently been working towards resolution of this matter without the need for court intervention and a stay of this matter for 45 days will allow counsel to work to finalize a settlement agreement and prepare preliminary approval papers.

9.      If the court is not inclined to grant the requested stay, a status conference would provide the parties and the court the opportunity to set alternative deadlines that will allow for the matter to continue without hindering the opportunity for settlement.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this Motion and enter a stay in this matter for 45 days from the date of the order, including that the matter is removed from the Court's November 4, 2013 calendar. In the alternative, the parties request a telephonic status conference on October 4, 2013.

-3-

Respectfully submitted,

/s/ Ari J. Scharg
By: Ari J. Scharg
*Attorney for Plaintiff*
Rafey S. Balabanian
Christopher L. Dore
Ari J. Scharg
Edelson McGuire, LLC
350 N. LaSalle street, Suite 1300
Chicago, IL 60604
Tel: 312-589-6380
ascharg@edelson.com


/s/ Donald J. Thomas
By: Donald J. Thomas
*Attorney for Defendant Upscale Events by Mosaic, LLC*
Donald J. Thomas (Florida Bar #834599)
LEWIS & THOMAS LLP
445 East Palmetto Park Road
Boca Raton, FL  33432
Tel: 561-368-7474
don@beltlawyers.com

/s/ Brian M. Seymour
By: Brian M. Seymour
*Attorney for Defendant Palm Beach Mall Holdings LLC*
Brian M. Seymour (Florida Bar #120308)
Gregor J. Schwinghammer, Jr. (Florida Bar #90158)
GUNSTER
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
561-650-0621
bseymour@gunster.com

-and-

Richard M. Zielinski (BBO #540060)
Pro Hac Vice
Jonathan E. Small (BBO #672480)
Pro Hac Vice
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
rzielinski@goulstonstorrs.com
jsmall@goulstonstorrs.com

Dated: October 3, 2013

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF and furnished via electronic mail to all parties on the attached service list on this <u>3rd</u> day of October 2013.

                                                            /s/ Brian M. Seymour

United States District Court, Southern District of Florida
Debbie Lanza, v. EMJ Corporation, et al.,
Case No. 13-cv-80093-DMM

**SERVICE LIST**

**Stefan Coleman**
E-Mail:  law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 877-333-9427
Facsimile: 888-498-9846
*Attorney for Plaintiff*

**Donald J. Thomas**
Email: don@beltlawyers.com
Bearden Eltringham Lewis & Thomas LLP
445 E. Palmetto Park Road
Boca Raton, Florida 33432
Telephone: 561-368-7474
Facsimile: 561-368-0293
*Attorney for Upscale Events by Mosaic, LLC*

**Ari J. Scharg**
Email ascharg@edelson.com
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Lead Attorney for Plaintiff
*Pro Hac Vice*

**Brian M. Seymour**
Email: bseymour@gunster.com
**Gregor J.  Schwinghammer**
Email: gschwinghammer@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: 561-650-0621
Facsimile: 561-655-5677

**Jonathan E. Small**
Email: jsmall@goulstonstorrs.com
**Richard M. Zielinski**
Email: rzielinski@goulstonstorrs.com
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
Attorney to be Noticed
*Pro Hac Vice*
*Attorneys for Palm Beach Mall Holdings, LLC*

WPB_ACTIVE 5664270.1