UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80093-CIV-MIDDLEBROOKS/BRANNON

DEBBIE LANZA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.

EMJ CORPORATION, *et al.*,

    Defendants.
_____/



### ORDER DENYING JOINT MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR STATUS CONFERENCE

THIS CAUSE comes before the Court upon Joint Motion by the Parties[1] for Stay or, in the Alternative, for Status Conference (DE 106) ("Joint Motion") filed on October 3, 2013. I have reviewed the record and am otherwise fully informed in the premises.

On January 29, 2013, Plaintiff filed this action alleging that Defendants sent her and the putative class members text messages in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. The trial in this matter is set for the two-week trial period commencing November 4, 2013. (DE 5). The Parties' Joint Pretrial Stipulation is currently due on October 7, 2013. (DE 15). In the instant Joint Motion, the Parties seek a forty-five-day stay to resolve this matter. The Parties state that they are developing a Memorandum of Understanding that would provide the Parties with thirty days to finalize a settlement agreement.[2] While I commend the parties on their efforts to resolve this matter, that is not good cause for delaying this case from proceeding.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Motion is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3 day of October, 2013.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record

---

[1] For purposes of this Order, the term "Parties" refers to Plaintiff Debbie Lanza ("Plaintiff") and Defendants Upscale Events by Mosaic, LLC and Palm Beach Mall Holdings, LLC (collectively, "Defendants").

[2] In the alternative, the Parties move for a status conference to set alternative deadlines in this matter.