IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEBBIE LANZA, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>UPSCALE EVENTS BY MOSAIC, LLC d/b/a THE MOSAIC GROUP, a Florida limited liability company, and PALM BEACH MALL HOLDINGS, LLC, a Delaware limited liability corporation,<br><br>   Defendants. | Civil Action No.: 13-cv-80093 |

**JOINT MOTION FOR EXTENSION OF TIME AND TO ALLOW PRO HAC VICE COUNSEL TO ATTEND OCTOBER 30, 2013 STATUS CONFERENCE TELEPHONICALLY**

  Plaintiff Debbie Lanza (the "Plaintiff") and Defendants Upscale Events by Mosaic, LLC ("Mosaic") and Palm Beach Mall Holdings LLC ("PBMH") hereby jointly move for a brief extension of time to file Jury Instructions and all other pretrial requirements. Additionally, the parties also move that the Court allow pro hac vice counsel to attend the October 30, 2013 Status Conference by telephone. As grounds for this Motion, the parties respectfully state as follows:

  1. In this action, the Plaintiff claims that Mosaic and PBMH sent her and the putative class members text messages in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq.

  2. On July 23, 2013, the parties mediated this matter before Magistrate Judge Dave Lee Brannon. Since that time, the parties have continued to engage in settlement discussions.

  3. On October 7, 2013, this Court denied the Joint Motion by the Parties to Stay or, in the Alternative, for Status Conference. (Dkt. 108.) In response to the parties' request for a

forty-five day stay, the Court observed that—at the time that their Joint Motion was filed—the parties "[were] developing a Memorandum of Understanding that would provide the Parties with thirty days to finalize a settlement agreement." (*Id.*)

4. Following the Court's Order, the parties continued their settlement discussions and have now <u>signed and executed</u> a Memorandum of Understanding setting forth the overall terms of a complete settlement and requiring a Settlement Agreement to be finalized for submission to the Court. At this time, the parties have exchanged several drafts of a proposed Settlement Agreement and are working to finalize and execute that document before the end of this month.

5. Once the Settlement Agreement is signed by all parties, the parties additionally plan on filing a motion with the Court by the end of this month seeking preliminary approval of the settlement terms so that the settlement can ultimately be administered through the class action claims process. As the Court is aware, the process of seeking preliminary settlement approval, managing the settlement claims process and, ultimately, finalizing a class action settlement is both more complex and lengthier than the routine Stipulation of Dismissal upon settlement necessary in non-class cases.

6. The Order Referring Case and Setting Trial Date placed this matter on the Court's docket beginning November 4, 2013.

7. The Pretrial Scheduling Order provides that the parties file a set of Joint Jury Instructions and verdict form by no later than Monday, October 28, 2013.

8. With the parties having reached a settlement in principle as noted above, they do not wish to divert the finalizing of the Settlement Agreement and the preparation of the settlement approval motion to prepare for trial. Rather, the parties are asking the Court instead to grant them some leeway to finalize their settlement by granting them an extension of 14 days to

-3-

file the Jury Instructions (and any other pretrial filing requirements) and to be placed at the end of the Court's November 4, 2013 docket.

9.     The short extension of time as requested would allow the Parties to finalize a Settlement Agreement and preliminary approval motion to present to the Court, but would not remove this matter from the Court's present docket, thereby causing no delay in the processing of this matter.

10.    The parties will appear at the October 30, 2013 Status Conference, unless otherwise directed by the Court in light of this Motion, and would request that counsel admitted *pro hac vice* be permitted to attend telephonically.

11.    In light of the above and the fact that a complete settlement of this matter is likely very close at hand and—per the terms of the parties' Memorandum of Understanding—will be presented to the Court in a matter of days, the parties respectfully believe that the requisite good cause for the granting of this motion has been demonstrated.  *See* Rule 6, Federal Rules of Civil Procedure; *see also Oliver v. M/V BARBARY COAST, CA*, 11-223-KD-C, 2012 WL 642342, at *1 (S.D. Ala. Feb. 28, 2012) (recognizing that while the "pursuit of settlement alone" did not constitute good cause, the parties' indication that "[unconsummated] agreements to settle certain claims [had] been reached" showed that "at least partial" settlement was more than mere speculation and satisfied good cause showing to extend deadlines).

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this Motion and enter an Order extending time for the filing of Jury Instructions and verdict form to November 11, 2013 (and any other pretrial filing requirements) and placing this matter at the end of the Court's November 4, 2013 docket, and allowing counsel admitted *pro hac vice* to attend the October 30, 2013 Status Conference telephonically.  The parties also request that the Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

| | |
|---|---|
| /s/ Ari J. Scharg | /s/ Brian M. Seymour |
| By: Ari J. Scharg | By: Brian M. Seymour |
| *Attorney for Plaintiff* | *Attorney for Defendant Palm Beach Mall Holdings LLC* |
| Rafey S. Balabanian | Brian M. Seymour (Florida Bar #120308) |
| Christopher L. Dore | Gregor J. Schwinghammer, Jr. (Florida Bar #90158) |
| Ari J. Scharg | GUNSTER |
| Edelson McGuire, LLC | 777 South Flagler Drive, Suite 500 East |
| 350 N. LaSalle street, Suite 1300 | West Palm Beach, FL 33401 |
| Chicago, IL 60604 | 561-650-0621 |
| Tel: 312-589-6380 | bseymour@gunster.com |
| ascharg@edelson.com | |

-and-

/s/ Donald J. Thomas
By: Donald J. Thomas
*Attorney for Defendant Upscale Events by Mosaic, LLC*
Donald J. Thomas (Florida Bar #834599)
LEWIS & THOMAS LLP
445 East Palmetto Park Road
Boca Raton, FL  33432
Tel: 561-368-7474
don@beltlawyers.com

Richard M. Zielinski (BBO #540060)
Pro Hac Vice
Jonathan E. Small (BBO #672480)
Pro Hac Vice
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
rzielinski@goulstonstorrs.com
jsmall@goulstonstorrs.com

Dated: October 23, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF and furnished via electronic mail to all parties on the attached service list on this 23nd day of October 2013.

/s/ Brian M. Seymour

United States District Court, Southern District of Florida
Debbie Lanza, v. EMJ Corporation, et al.,
Case No. 13-cv-80093-DMM

**SERVICE LIST**

**Stefan Coleman**
E-Mail: law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 877-333-9427
Facsimile: 888-498-9846
*Attorney for Plaintiff*

**Donald J. Thomas**
Email: don@beltlawyers.com
Bearden Eltringham Lewis & Thomas LLP
445 E. Palmetto Park Road
Boca Raton, Florida 33432
Telephone: 561-368-7474
Facsimile: 561-368-0293
*Attorney for Upscale Events by Mosaic, LLC*

**Ari J. Scharg**
Email ascharg@edelson.com
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Lead Attorney for Plaintiff
*Pro Hac Vice*

**Brian M. Seymour**
Email: bseymour@gunster.com
**Gregor J. Schwinghammer**
Email: gschwinghammer@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: 561-650-0621
Facsimile: 561-655-5677

**Jonathan E. Small**
Email: jsmall@goulstonstorrs.com
**Richard M. Zielinski**
Email: rzielinski@goulstonstorrs.com
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
Attorney to be Noticed
*Pro Hac Vice*
*Attorneys for Palm Beach Mall Holdings, LLC*

WPB_ACTIVE 5683352.1

GSDOCS\2273545.1