UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80093-CIV-MIDDLEBROOKS/BRANNON

DEBBIE LANZA, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

EMJ CORPORATION, *et al.*,

    Defendants.
_____/



## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND TO ALLOW *PRO HAC VICE* COUNSEL TO ATTEND OCTOBER 30, 2013 STATUS CONFERENCE TELEPHONICALLY

THIS CAUSE comes before the Court upon Joint Motion by the Parties for Extension of Time (DE 110) ("Motion for Extension") and Joint Motion by the Parties to Allow *Pro Hac Vice* Counsel to Attend October 30, 2013 Status Conference Telephonically (DE 111) ("Motion to Appear Telephonically") filed on October 23, 2013. I have reviewed the record and am otherwise advised in the premises.

On January 29, 2013, Plaintiff filed this action alleging that Defendants sent her and the putative class members text messages in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The trial in this matter is set for the two-week trial period commencing November 4, 2013, with a Calendar Call/Status Conference set for October 30, 2013. (DE 5). Per the Pretrial Scheduling Order, Joint Jury Instructions are due by October 28, 2013. (DE 15).

The Parties represent that they have executed a Memorandum of Understanding in this matter that outlines the overall terms of a settlement agreement between them. The Parties have not executed a final Settlement Agreement, but they have exchanged several drafts of a proposed agreement and plan to submit the Agreement to the Court by the end of this month. In the Motion for Extension (DE 110), the Parties move for a fourteen-day extension to file the Joint Jury Instructions, and any other pretrial filing requirements, and to be placed at the end of the Court's November 4, 2013 trial docket. Additionally, in their Motion to Appear Telephonically

(DE 111), the Parties asks the Court to permit counsel admitted *pro hac vice* to attend the October 30, 2013 Calendar Call/Status Conference telephonically.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. The Parties' Motion for Extension (DE 110) is **GRANTED IN PART**;
2. The Parties shall have up to and including November 8, 2013 to file Jury Instructions, and any other pretrial filing requirements;
3. The instant matter is set for trial during the week commencing **November 12, 2013**;
4. The Parties' Motion to Appear Telephonically (DE 111) is **GRANTED**; and
5. By **5:00 p.m. on October 28, 2013**, Plaintiff's counsel shall provide the Court (middlebrooks@flsd.uscourts.gov) and all opposing counsel a single conference number for the Status Conference/Calendar Call set for October 30, 2013 at 1:15 p.m.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this 25 day of October, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record