IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEBBIE LANZA, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>UPSCALE EVENTS BY MOSAIC, LLC d/b/a THE MOSAIC GROUP, a Florida limited liability company, and PALM BEACH MALL HOLDINGS, LLC, a Delaware limited liability corporation,<br><br>       Defendants. | Civil Action No.: 13-cv-80093 |

## UNOPPOSED MOTION TO RESCHEDULE FINAL APPROVAL HEARING FROM FEBRUARY 18, 2014 TO FEBRUARY 26 OR 27, 2014

At the Status Conference held in this matter on October 30, 2013, the parties informed the Court that they have reached a settlement and directed the Court's attention to the unopposed motion for preliminary approval of the class action settlement agreement. The Court granted the motion and scheduled a Final Approval Hearing for February 18, 2014.

Attorney Richard Rosensweig, who attended the conference telephonically on behalf of defendant Palm Beach Mall Holdings LLC ("PBMH"), reported to the Court that he was available for the Final Approval Hearing on February 18, 2014. However, he was mistaken as he did not realize at the time that February 18 falls during school vacation week in Massachusetts. Attorney Rosensweig has pre-existing plans to travel with young children during that week. He apologizes to the Court for any inconvenience.

Counsel for PBMH has conferred with counsel for all parties and confirmed that all parties are available to attend the Final Approval Hearing on either February 26 or 27, 2014.

-2-

Therefore, PBMH respectfully requests that the Court re-schedule the Final Approval Hearing presently scheduled for February 18, 2014 to February 26 or 27, 2014.

    Respectfully submitted,

    /s/ Brian M. Seymour
    By: Brian M. Seymour
    ***Attorney for Defendant Palm Beach Mall Holdings LLC***
    Brian M. Seymour (Florida Bar #120308)
    Gregor J. Schwinghammer, Jr. (Florida Bar #90158)
    GUNSTER
    777 South Flagler Drive, Suite 500 East
    West Palm Beach, FL 33401
    561-650-0621
    bseymour@gunster.com

    -and-

    Richard M. Zielinski
    *Pro Hac Vice*
    rzielinski@goulstonstorrs.com
    Richard J. Rosensweig
    *Pro Hac Vice*
    rrosensweig@goulstonstorrs.com
    Leonard H. Freiman
    *Pro Hac Vice*
    lfreiman@goulstonstorrs.com
    Jonathan E. Small
    *Pro Hac Vice*
    jsmall@goulstonstorrs.com
    GOULSTON & STORRS PC
    400 Atlantic Avenue
    Boston, MA 02110
    (617) 482-1776

Dated: November 4, 2013

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF and furnished via electronic mail to all parties on the attached service list on this 4th day of November 2013.

/s/ Brian M. Seymour

United States District Court, Southern District of Florida
Debbie Lanza, v. EMJ Corporation, et al.,
Case No. 13-cv-80093-DMM

**SERVICE LIST**

**Stefan Coleman**
E-Mail: law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: 877-333-9427
Facsimile: 888-498-9846
*Attorney for Plaintiff*

**Donald J. Thomas**
Email: don@beltlawyers.com
Bearden Eltringham Lewis & Thomas LLP
445 E. Palmetto Park Road
Boca Raton, Florida 33432
Telephone: 561-368-7474
Facsimile: 561-368-0293
*Attorney for Upscale Events by Mosaic, LLC*

**Ari J. Scharg**
Email ascharg@edelson.com
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Lead Attorney for Plaintiff
*Pro Hac Vice*

**Brian M. Seymour**
Email: bseymour@gunster.com
**Gregor J. Schwinghammer**
Email: gschwinghammer@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: 561-650-0621
Facsimile: 561-655-5677

**Jonathan E. Small**
Email: jsmall@goulstonstorrs.com
**Richard M. Zielinski**
Email: rzielinski@goulstonstorrs.com
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
Attorney to be Noticed
*Pro Hac Vice*
*Attorneys for Palm Beach Mall Holdings, LLC*

WPB_ACTIVE 5694894.1