# Exhibit 1

| Case Name | Amount of Settlement Fund | Percentage Fee Award |
|---|---|---|
| *Weinstein v. The Timberland Co., et al.* (N.D. Ill. 2008) | $7,000,000 | 23% |
| *Satterfield v. Simon & Schuster* (N.D. Cal. 2010) | $10,000,000 | 25% |
| *Gutierrez, et al. v. Barclays Group, et al.* (S.D. Cal. 2010) | $8,262,500 | 19% |
| *Arthur et al. v. Sallie Mae, Inc.* (W.D. Wash. 2010) | $24,150,000 | 20% |
| *Lozano v. Twentieth Century Fox Film Corp.* (N.D. Ill. 2011) | $16,000,000 | 23% |
| *Kramer v. Autobytel, Inc.* (N.D. Cal. 2011) | $12,200,000 | 25% |
| *Rojas v. Career Education Corp.* (N.D. Ill. 2012) | $19,999,400 | 17.5% |
| *Espinal v. Burger King Corp., et al.* (S.D. Fla. 2012) | $510,000 | 33% |
| *Robles v. Lucky Brand Dungarees, Inc., et al.* (N.D. Cal. 2013) | $9,900,000 | 24% |
| *Pimental v. Google, Inc.* (N.D. Cal. 2013) | $6,000,000 | 25% |
| *Miller v. Red Bull, Inc.* (N.D. Ill. 2013) | $6,000,000 | 21% |
| *In re Jiffy Lube Text Spam Litig.* (S.D. Cal. 2013) | $35-47 million | 13.5% |
| *Woodman, et al. v. ADP Dealer Services, et al.* (Cir. Ct. Cook County, Ill. 2013) | $7,500,000 | 25% |
| *CE Design Ltd. v. Cy's Crab House North, Inc.* (N.D. Ill. 2007) | $3,647,500 | 33.33% |
| *G.M. Sign, Inc. v. Finish Thompson, Inc.* (N.D. Ill. 2007) | $3,000,000 | 33.33% |
| *Paldo Sign and Display Company v. Topsail* | $2,000,000 | 33.33% |

| | | |
|---|---|---|
| *Sportswear* (N.D. Ill. 2008) | | |
| *Hinman v. M and M Rental Center, Inc.* (N.D. Ill 2006) | $5,817,150 | 33.33% |
| *Targin Sign Sys., Inc. v. Preferred Chiropractic Ctr., Ltd.* (N.D. Ill. 2009) | $1,551,000 | 33.33% |
| *Holtzman v. CCH Inc.* (N.D. Ill. 2007) | $397,000 | 33.33% |
| *CE Design, Ltd. v. Exterior Sys., Inc.* (N.D. Ill. 2007) | $315,344 | 33.33% |
| *Saf-T-Gard Int'l v. Seiko Corp. of Am.* (N.D. Ill. 2009) | $3,500,000 | 33% |
| *Sadowski v. MedlOnline* (N.D. Ill. 2007) | $345,000 | 30% |
| *R. Rudnick & Co. v. G.F. Protection Inc. et al.* (N.D. Ill. 2008) | $265,000 | 30% |
| *Clearbrook v. Rooflifters* (N.D. Ill. 2008) | $1,400,000 | 30% |
| *Able Home Health v. Oxygen Qualifying Servs., Inc.* (N.D. Ill. 2010) | $270,000 | 30% |
| *Garrett v. Ragle Dental Laboratory, Inc. et al.* (N.D. Ill. 2010) | $475,000 | 30% |
| *Garret et al. v. Sharps Compliance, Inc.* (N.D. Ill. 2010) | $350,000 | 30% |
| *Balbarin v. North Star Capital Acquisition, LLC et al.* (N.D. Ill. 2010) | $500,000 | 33.33% |
| *Cain v. Consumer Portfolio Services, Inc.* (N.D. Ill. 2010) | $1,100,000 | 33.33% |
| *Locklear Electric, Inc. v. Norma L. Lay* (S.D. Ill. 2009) | $1,737,500 | 33.33% |
| *Wilder Chiropractic, Inc. v. Pizza Hut of Southern Wisconsin, Inc.* (W.D. Wis. 2010) | $1,296,000 | 33.33% |