UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80093-CIV-MIDDLEBROOKS/BRANNON

DEBBIE LANZA, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

UPSCALE EVENTS BY MOSAIC, LLC
d/b/a THE MOSAIC GROUP, a Florida limited
liability company, and PALM BEACH MALL
HOLDINGS LLC, a Delaware limited liability
company,

        Defendants.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT; MOTION FOR ATTORNEYS FEES, EXPENSES AND INCENTIVE AWARD; AND FINAL JUDGMENT

THIS CAUSE comes before the Court *sua sponte*. The Court entered an Order Granting Unopposed Motion for Final Approval of Class Action Settlement Agreement; Motion For Attorneys Fees, Expenses and Incentive Award; and Final Judgment on February 28, 2014. (DE 128).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1.    All pending motions are **DENIED AS MOOT** and

2.    The Clerk of Court shall **CLOSE** this case.

**ORDERED AND ADJUDGED** in Chambers in West Palm Beach, Florida, this 24 day of March, 2014.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record